IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:16CR152 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PAUL A. HRABAN and | ) | |
| STANLEY D. ADKINS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue by defendant Paul A. Hraban (Hraban) (Filing No. 60) and Stanley D. Adkins (Adkins) (Filing No. 62). Hraban also seeks an extension of the pretrial motion deadline. The court held a telephone conference with counsel on September 6, 2016. Hraban was represented by James M. Davis and Adkins was represented by Alberto Silva. The government was represented by Assistant U.S. Attorney Christopher L. Ferretti. This matter was set for trial on July 26, 2016, following the expiration of the July 25, 2016, pretrial motion deadline. The pretrial motion deadline will not be extended; however, the trial will be continued to November 28, 2016.

**IT IS ORDERED:**

1. That portion of Hraban's motion to extend the pretrial motion deadline (Filing No. 60) is denied

2. That portion of Hraban's motion to continue trial and Adkins' motion to continue trial (Filing Nos. 60 and 62) are granted.

2. Trial of this matter **as to both defendants** is re-scheduled for **November 28, 2016,** before Senior Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **September 6, 2016, and November 28, 2016,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 6th day of September, 2016.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge